IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:09-cv-10881 |
| | ) | |
| v. | ) | Judge George Caram Steeh |
| | ) | |
| RONALD S. BARCZYK, ET AL., | ) | Mag. Judge R. Steven Whalen |
| | ) | |
| Defendants. | ) | |

## DEFAULT JUDGMENT AGAINST RONALD S. BARCZYK

This matter comes before the Court on the United States' motion for default judgment against Ronald S. Barczyk and Deborah A. Barczyk (Docket Entry No. 8). Having found good cause to set aside the entry of default against Deborah A. Barczyk, the United States' motion is DENIED, in part, with respect to Deborah A. Barczyk. However, it appearing that the defendant Ronald S. Barczyk is in default for failure to plead or otherwise defend as required by law, the United States' motion is GRANTED, in part, with respect to Ronald S. Barczyk. Therefore, it is hereby ORDERED, DECREED, and ADJUDICATED that —

JUDGMENT IS ENTERED against defendant Ronald S. Barczyk and in favor of the United States for his unpaid federal income taxes, interest, and statutory additions for the income tax years ending December 31, 1996, 1997, 1998, 1999, 2000, 2001, 2002, 2003, 2004, 2005, and 2006, in the total amount of $528,771.55, plus statutory additions from July 14, 2007, including interest pursuant to 26 U.S.C. §§ 6601, 6621 and 6622, and 28 U.S.C. § 1961(c), until this judgment is fully paid;

4439434.11

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

Dated:  September 21, 2009

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
September 21, 2009, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk

4439434.11