IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Case No. 2:09-cv-10881 |
| | ) | |
| v. | ) | Judge George Caram Steeh |
| | ) | |
| RONALD S. BARCZYK, ET AL., | ) | Mag. Judge R. Steven Whalen |
| | ) | |
| Defendants. | ) | |

ORDER GRANTING MOTION TO SET ASIDE DEFAULT

This matter comes before the Court on the defendant Deborah A. Barczyk's motion to set aside the entry of default against her (Docket Entry No. 12). This motion being unopposed and the Court having found good cause to set aside the default, the defendant's motion is GRANTED. Therefore, it is hereby—

ORDERED, DECREED, and ADJUDICATED that the entry of default against Deborah A. Barczyk is set aside and the she shall have 10 days from the entry of this order to answer or otherwise respond to the United States' complaint.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

Dated: September 21, 2009

>     S/George Caram Steeh
>     GEORGE CARAM STEEH
>     UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
September 21, 2009, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk